# Court of Appeals
# of the State of Georgia

ATLANTA, September 04, 2014

*The Court of Appeals hereby passes the following order:*

**A14A2328.  THE STATE v. JOHNNY EVERETT MASHBURN.**

The State seeks to appeal an order dismissing its motion to recuse the judge assigned to its prosecution of Johnny Everett Mashburn. OCGA § 5-7-1 (a) (9) gives the State the right to appeal "[f]rom an order, decision, or judgment denying a motion by the state to recuse or disqualify a judge made and ruled upon prior to the defendant being put in jeopardy[.]"  But an appeal from such an order may only be taken by application for interlocutory appeal. See OCGA § 5-7-2; *State v. Ware*, 282 Ga. 676 (653 SE2d 21) (2007). Because the State failed to follow the required appellate procedure, this direct appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 09/04/2014
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*